AO 442 (Rev. 11/11) Arrest Warrant

FILED

DEC 16 2025

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

ORIGINAL

| United States of America | ) | |
| | ) | |
| v. | ) | Case No. 4:25cr78 |
| | ) | FSO: 11898137 |
| | ) | |
| Mouhamed Ahmedou El Jily | ) | |
| *Defendant* | ) | |

RECEIVED
UNITED STATES MARSHAL
2025 DEC -9 P 1:57
EASTERN DISTRICT
OF VIRGINIA
NORFOLK DIVISION

## ARREST WARRANT

To:      Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Mouhamed Ahmedou El Jily                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court
        ☐ Pretrial Release Violation Petition            ☐ Other_____

This offense is briefly described as follows:
T.21:841(a)(1), and (b)(1)(d) - Possession with Intent to Distribute Marijuana

Date:  12/08/2025

                                        _____
                                        *Issuing officer's signature*

City and state:   Newport News, VA                     Douglas E. Miller, U.S. Magistrate Judge
                                        *Printed name and title*

| Return |
| --- |
| This warrant was received on *(date)* 12/8/2025 , and the person was arrested on *(date)* 12/16/2025 at *(city and state)* Newport News, VA . |
| Date: 12/16/2025 |
| *Arresting officer's signature* |
| ATF TFO Glenn Marshall |
| *Printed name and title* |